IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY EUGENE SEDILLO,

    Petitioner,

v.                                                    Civ. No. 07-468 JH/RLP

TIMOTHY HATCH, Warden, *et al.*,

    Respondents.

## ORDER

THIS MATTER comes before the Court on both parties' objections to the Magistrate Judge's Report and Recommendation, and the Court having conducted a *de novo* review, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                      Judith Herrera
                                                      United States District Judge